JS-6

Francesco Benavides, CSBN 258924
Law Offices of Francesco Benavides
    1990 N. California Blvd.  Suite 20
    Walnut Creek, CA 94596
    Tel: (925) 222-7071
    Fax: (925) 522-5306
    Email: francesco@benavidesdisabilitylaw.com

Attorney for Plaintiff
CELESTINO DAVID CARLOS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CELESTINO DAVID CARLOS,<br><br>    Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 2:21-cv-05191-SP<br><br>ORDER OF DISMISSAL |

    Based upon the parties' Stipulation for Dismissal, **IT IS ORDERED** that this case is dismissed with prejudice, with each party to bear its own costs and attorney fees.

DATE: October 13, 2021

                                                                    _____
                                                                      HON. SHERI PYM
                                                                     UNITED STATES MAGISTRATE JUDGE